O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | SA CR 02-167-DOC |
| ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ) | (18 U.S.C. § 3142(i)) |
| MICHAEL JAMES LAZZAROTTO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I.

A.  On motion (X) (by the Government) / ( ) (by the Court <u>sua sponte</u>) involving:

1. ( )  serious risk defendant will flee;

2. ( )  serious risk defendant will

   a. ( )  obstruct or attempt to obstruct justice;

   b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

3. ( X)  a violation of supervised release or probation.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. (X)   appearance of defendant as required; and/or

B. ( )   safety of any person or the community;

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                                                                                      Page 1 of 2

|     |                                                                                          |
|-----|------------------------------------------------------------------------------------------|
| 1   | III.                                                                                     |
| 2   | The Court has considered:                                                                |
| 3   | A. (X)  the nature and circumstances of the offense;                                     |
| 4   | B. (X)  the weight of evidence against the defendant;                                    |
| 5   | C. (X)  the history and characteristics of the defendant;                                |
| 6   | D. ( )  the nature and seriousness of the danger to any person or to the community.      |
| 7   | IV.                                                                                      |
| 8   | The Court concludes:                                                                     |
| 9   | A. ( ) Defendant poses a risk to the safety of other persons or the community because:   |
| 11  | B. ( ) History and characteristics indicate a serious risk that defendant will flee because: |
| 13  | C. ( ) A serious risk exists that defendant will:                                        |
| 14  |     1. ( )  obstruct or attempt to obstruct justice;                                     |
| 15  |     2. ( )  threaten, injure or intimidate a witness/ juror; because:                    |
| 17  | D. (X)  Defendant has not established by clear and convincing evidence to the contrary that |
| 18  |         he does not pose a risk of flight or danger to the community as provided in 18 U.S.C. |
| 19  |         § 3143 (a).                                                                      |
| 20  | IT IS ORDERED that defendant be detained prior to trial.                                 |
| 21  | IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections  |
| 22  | facility separate from persons awaiting or serving sentences or person held pending appeal. |
| 23  | IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private      |
| 24  | consultation with his counsel.                                                           |
| 25  | Dated: March 26, 2008                                                                    |
| 26  | MARC L. GOLDMAN                                                                          |
| 27  | Marc L. Goldman                                                                          |
|     | U.S. Magistrate Judge                                                                    |

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**